# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA**   ) | |
| ) | |
| v.   ) | **Criminal No.** |
| ) | **17-10158-FDS** |
| **ALBERT TADERERA,**   ) | |
| ) | |
| **Defendant.**   ) | |

## ORDER OF EXCLUDABLE DELAY

**SAYLOR, J.**

On March 26, 2018, the parties appeared before the Court for a motion hearing on defendant's motion for bill of particulars and defendant's three motions to suppress (Docket Nos. 51-54). The Court previously excluded time from January 8, 2018, through March 20, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A). The aforementioned motions were filed on February 20, 2018. The Speedy Trial Act states "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" shall be excluded "in computing the time within which the trial of any such offense must commence." 18 U.S.C. § 3161(h)(1)(D).

The Court finds that, as of March 20, 2018, there were motions pending, which were ultimately heard and decided on March 26, 2018. Therefore, the period of time from March 20, 2018, through March 26, 2018, is excluded under the Speedy Trial Act.

**So Ordered.**

Dated: March 26, 2018

/s/ F. Dennis Saylor  
F. Dennis Saylor, IV  
United States District Judge