# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) )  ) v. ) ) ALBERT TADERERA, ) ) Defendant. ) ) | Criminal No. 17-10158-FDS |

## ORDER OF EXCLUDABLE DELAY

**SAYLOR, J.**

On March 27, 2018, the parties appeared before the Court for a status conference, during which they assented to the exclusion of time from March 27, 2018, to April 5, 2018, from consideration under the Speedy Trial Act.

The Court finds that, for the reasons stated on the record, "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from March 27, 2018, through April 5, 2018, is excluded under the Speedy Trial Act.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: March 27, 2018