UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO 17-10158-FDS |
| | ) | |
| ALBERT TADERERA, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO REMAND THE DEFENDANT
TO THE CUSTODY OF THE US MARSHAL FOLLOWING SENTENCING**

The Governments requests this Court, following the acceptance of the plea agreement and imposition of sentence, remand the Defendant to the custody of the United States Marshal.

On March 24, 2017, the defendant Albert Taderera ("Taderera") was arrested in the Eastern District of Virginia and charged in a one-count criminal complaint, issued in the District of Massachusetts charging him with armed bank robbery. Taderera appeared in this district and was ordered detained.  On April 13, 2018, Taderera was released by the Court on an unsecured bond and pretrial conditions.

On January 4, 2019, the defendant pled guilty to one count of a two count Superseding Information charging him with armed bank robbery in violation of 18 U.S.C. § 2113(a) and (d). Taderera pled guilty to a binding plea agreement filed pursuant to Fed. R. Cr. P. 11(c)(1)(C).  Acceptance of the plea agreement was deferred by this Court until sentencing.

Accordingly, the Government requests this Court, accept the plea agreement, sentence Taderera, and remand him to the custody of the United States Marshal.

>Respectfully submitted,
>
>ANDREW E. LELLING
>United States Attorney
>
>By: */s/ Kenneth G. Shine*
>    KENNETH G. SHINE
>    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing upon defendant's counsel of record by electronic filing notice.

>*/s/ Kenneth G. Shine*
>KENNETH G. SHINE
>Assistant U.S. Attorney